UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADRIAN MURPHY,         ) Case No. CV 11-375 SVW (MRW)
                       )
        Petitioner,    )
    vs.                ) ORDER ACCEPTING FINDINGS AND
                       ) RECOMMENDATIONS OF
LINDA SANDERS, Warden, ) UNITED STATES MAGISTRATE
                       ) JUDGE
        Respondent.    )
_____ )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: July 20, 2011

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE