UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MURPHY,<br><br>   Petitioner,<br> vs.<br>LINDA SANDERS, Warden,<br><br>   Respondent.<br>_____ | Case No. CV 11-375 SVW (MRW)<br><br>JUDGMENT |

 Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

 IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: July 20, 2011       _____
               HON. STEPHEN V. WILSON
               UNITED STATES DISTRICT JUDGE